### UNITED STATES of America, Appellee,

v.

### Howard Andrew BREWER, Appellant.

### No. 01–1519.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 2, 2001.

Filed Oct. 26, 2001.

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

Before McMILLIAN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Howard Andrew Brewer is serving a 360–month term of imprisonment following his methamphetamine and firearm-possession convictions, which this court affirmed. *See United States v. Brewer,* No. 97–1623, 1998 WL 42475 (8th Cir. Feb. 4, 1998) (unpublished per curiam), *cert. denied,* 525 U.S. 834, 119 S.Ct. 90, 142 L.Ed.2d 71 (Oct. 5, 1998). In August 2000, Mr. Brewer filed a motion under 28 U.S.C. § 2255, arguing that the rule announced in *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), applied retroactively to his otherwise untimely motion, and that he was sentenced beyond the authorized statutory maximum terms of imprisonment on his drug and gun convictions, where the drug type and quantity were not charged in the indictment, and the jury was not asked to determine the drug quantity for which he was accountable. The district court[1] denied relief, Mr. Brewer appeals, and we affirm. *See United States v. Moss,* 252 F.3d 993, 999–1003 (8th Cir.2001).

---

1. The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.